IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA VICTORIA HERNANDEZ,
et al.,

    Plaintiffs,

v.                                                    CIVIL NO. 98-2426(RLA)

DR. EDWIN D. MORALES PEREZ,
et al.,

    Defendants.

### ORDER FOR RETURN OF BOND

This action having been concluded by stipulation of the parties, the Clerk of the Court shall return to plaintiffs' counsel the bond issued by UNITED SURETY & INDEMNITY CO. posted on January 29, 1999

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of October, 1999.

                                          RAYMOND L. ACOSTA
                                      United States District Judge

AO 72
(Rev 8/82)