IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA VICTORIA HERNANDEZ,
et al.,

    Plaintiffs,

v.                       CIVIL NO. 98-2426(RLA)

DR. EDWIN D. MORALES PEREZ,
et al.,

    Defendants.

## JUDGMENT

The Joint Motion Requesting Judgement Dismissing the Case with Prejudice, filed on October 5, 1999 is hereby **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED WITH PREJUDICE** without the imposition of costs, expenses or attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of October, 1999.

                                        RAYMOND L. ACOSTA
                                United States District Judge